1   DAVID GROSSMAN (SBN 211326)
    dgrossman@loeb.com
2   ERIN SHIELDS (SBN 337121)
    eshields@loeb.com
3   LOEB & LOEB LLP
    10100 Santa Monica Blvd., Suite 2200
4   Los Angeles, CA  90067
    Telephone: 310.282.2000
5   Facsimile: 310.282.2200

6   Attorneys for Defendant
    PARAMOUNT PICTURES CORPORATION
7

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11

12  BAYARDO RENO SANDY,                    Case No.: 2:24-cv-04403-RGK-RAOx

13            Plaintiff,

14       v.                               **DECLARATION OF DAVID
                                          GROSSMAN IN SUPPORT OF
15  PARAMOUNT PICTURES                    DEFENDANT'S MOTION TO
    CORPORATION,                          DISMISS**

16                                        [Filed concurrently: *Notice of Motion
            Defendant.                    and Motion to Dismiss; Memorandum
17                                        of Points and Authorities in Support;
                                          Request for Judicial Notice; Notice of
18                                        Lodging; [Proposed] Order*]

19                                        Date:  November 18, 2024
20                                        Time: 9:00 a.m.
                                          Courtroom: 850
21

22                                        Complaint Filed: May 28, 2024

23

24

25

26

27

28

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

GROSSMAN DECLARATION IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS

## DECLARATION OF DAVID GROSSMAN

I, David Grossman, declare as follows:

1.     I am a partner at Loeb & Loeb LLP, counsel of record for Paramount Pictures Corporation ("Defendant") in this case.  I am an attorney duly licensed to practice law before all courts in the State of California.  The matters referred to in this declaration are based upon my personal knowledge and belief, and if called as a witness, I could and would competently testify thereto under oath.

2.     Attached to the concurrently filed Notice of Lodging as **Exhibit A** is a true and correct DVD copy of Defendant's film *Infinite*.

3.     Attached to the concurrently filed Notice of Lodging as **Exhibit B** is a true and correct copy of the novel *The Reincarnationist Papers*, by D. Eric Maikranz, upon which *Infinite* was based.

4.     Attached hereto as **Exhibit C** is a true and correct copy of a screenshot of the listing of Plaintiff's novel, *The Link*, on Amazon.com, taken on October 9, 2024.  *The Link's* Amazon listing is also available at https://www.amazon.com/Link-Third-Millenium-B-Sandy-ebook/dp/B00B67IG4I/ref=sr_1_1?crid=2XVUMI6IUWF4W&dib=eyJ2IjoiMSJ9.g sYvucr_8s6vJGybUAMUYI9R5Y1QBaBHIkxd1F-pHvzGjHj071QN20LucGBJIEps.NAxrK4PE3whKA7p-kHyYf3gIaIyGhBlfdl_rWQqh5FY&dib_tag=se&keywords=the+link+b.+sandy&qi d=1728494610&s=digital-text&sprefix=the+link+b.+sandy%2Cdigital-text%2C122&sr=1-1.

5.     On October 4, 2024, counsel for Defendant reached out to Plaintiff to meet and confer regarding the grounds for Defendant's motion to dismiss pursuant to Local Rule 7-3.  Due to limited phone reception in Plaintiff's location, Defendant provided Plaintiff with the grounds for Defendant's motion to dismiss via email on October 7, 2024.  On October 8, 2024, Plaintiff responded.  A true and correct copy

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

240036999.1
202830-10079

1

GROSSMAN DECLARATION IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS

Defendant's counsel's email and Plaintiff's response is attached hereto as **Exhibit D.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 15, 2024 at Los Angeles, California

*/s/ David Grossman*
David Grossman

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

240036999.1
202830-10079

2

GROSSMAN DECLARATION IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS

# EXHIBIT A
# FILED MANUALLY



# EXHIBIT B
# FILED MANUALLY

NOW THE MAJOR MOTION PICTURE
*INFINITE*

THE

REINCARNATIONIST

PAPERS

EXHIBIT B TO GROSSMAN DECLARATION
Case No. 2:24-cv-04403-RGK-RAOx

D. ERIC MAIKRANZ

"For fans of *The Matrix* and *Memento*, a twisty, exciting adventure!"
—DIANA GABALDON, #1 *New York Times* bestselling author of THE OUTLANDER SERIES

# EXHIBIT C

Delivering to Los Angeles 90067
Update location
Kindle Store
the link b. sandy
EN
Hello, sign in
Account & Lists
Returns
& Orders
0

All | Prime Big Deal Days | Medical Care | Best Sellers | Amazon Basics | Prime | New Releases | Music | Groceries | Prime Big Deal Days is here

Buy a Kindle | Kindle Rewards | Kindle eBooks | Kindle Unlimited | Prime Reading | Best Sellers & More | Categories | Kindle Vella | Amazon Book Clubs | Kindle Book Deals

Pickup is convenient and secure Find locations near you ›

‹ Back to results

Roll over image to zoom in

Read sample

# The Link: The Third Millenium Kindle Edition

by B. Sandy (Author) Format: Kindle Edition

5.0 5 ratings See all formats and editions

This is a ebook version of The Link Hardcover 2nd. Edition. The Link has been 5 stars on Amazon from 2006 to 2013, thanks to all readers and fans for the feedback. This is a historical and mystic novel.

BACK COVER:
Two millennia ago four soothsayers learned to time travel from clues given by a Delphi priestess and from today's undecipherable passages of the Egyptian Book of the Dead. For the last two thousand years they've been finding themselves in untold tales of history. They are constantly at odds since someone is trying to sever "The Link."

FRONT FLAP:

Read more

| Print length | Language | Publication date |
|---|---|---|
| 304 pages | English | January 25, 2013 |

Report an issue with this product or seller

| | |
|---|---|
| Kindle $7.99 Available instantly | Hardcover $54.95 |
| Paperback $5.99 | Mass Market Paperb… from $31.98 |

Other Used, New, Collectible from $2.00

Kindle Price: $7.99
Sold by: Amazon.com Services LLC

Buy now with 1-Click

By clicking the above button, you agree to the Kindle Store Terms of Use.

Read with our free app
Deliver to your Kindle Library

Buy for others
Give as a gift or purchase for a team or group.
Learn more

Buy for others

Send a free sample
Deliver to your Kindle Library

Add to List

READ ON ANY DEVICE
› Get free Kindle app

## Products related to this item

Page 1 of 34

Sponsored

Scotland's Gift, Golf: Reminiscences by Charles Blair Macdonald
Charles Blair (C.B.) Macdonald
*Written in 1928, "Scotland's Gift, Golf" by Charles Blair Macdonald is a masterpiece of American golf literature.*
76
Kindle Edition
$2.99

The Breaking of Liam Glass: THE AWARD-SHORTLISTED POLITICAL THRILLER
Charles Harris
67
Kindle Edition
$4.99

Reuben Cole Westerns Collection: The Complete Series
Stuart G. Yates
4
Kindle Edition
$6.99

In
Mi
Ki
$

## Editorial Reviews

### From the Inside Flap

Two millenniums ago four soothsayers learned to time travel from clues given by a Delphi Priestess and from today s undecipherable passages of the Egyptian Book of the Dead. For the last two thousand years they ve been finding themselves in untold tales of history. They are at constant odds since someone is trying to sever The Link.



10/9/24, 10:20 AM — The Link: The Third Millennium Cultural Edition - by: Sandy's, C. B. - Literature & Fiction - Kindle eBook @ Amazon.com

Case 2:24-cv-04403-RCK-RAO Document 13-1 Filed 10/15/24 Page 10 of 26 Page ID #:705

## About the Author

B. Sandy has been accused of being a renaissance man; before working in film production, he started his career in electronics at the age of fourteen. His experience led him from building biomedical units to airplanes. He changed his professional path to music; this change took him on a classical music pilgrimage through Europe culminating in singing a mass at Saint Peter's Cathedral where he met Pope John Paul II. B. Sandy delved deeper into the mysticism by becoming a member of American Federation of Astrologers and studying Egyptian, Hindu, and Greek mythology. Nowadays, he is still a romantic by claiming that we can all bring an end to religious arrogance, bigotry and chauvinism. He is doing his part through his writings. He is a world traveler, born in Brazil but make Las Vegas his home.

## Product details

**ASIN** : B00B67IG4I

**Publisher** : Dr. Etc. Media (January 25, 2013)

**Publication date** : January 25, 2013

**Language** : English

**File size** : 1595 KB

**Text-to-Speech** : Enabled

**Screen Reader** : Supported

**Enhanced typesetting** : Enabled

**X-Ray** : Not Enabled

**Word Wise** : Enabled

**Print length** : 304 pages

**Customer Reviews:** 5.0          5 ratings

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Products related to this item

Sponsored ⓘ

Page 1 of 14



Scotland's Gift, Golf: Reminiscences by Charles Blair Macdonald

Charles Blair (C.B.) Macdonald

*Written in 1928, "Scotland's Gift, Golf" by Charles Blair Macdonald is a masterpiece of American golf literature.*

76

Kindle Edition

$2⁹⁹



The King's Sorcerer (Jon Oklar Book 1)

B.T. Narro

*Jon is about to enter a realm of magic and mystery, and he will find out exactly why his father wanted to raise him away from it all.*

2,121

Kindle Edition

$3⁹⁹



THE ASYLUM DWELLER'S DIARY: A Science Fiction Romance Novel: Intl. Dublin Literary ...

Sudipta Das

*Could your 'down-to-earth' friend be an alien! It's a sci fi fantasy on a spectacular world beyond imagination by award winning author. Click to buy.*

8

Kindle Edition

$0⁹⁹



The Breaking of Liam Glass: THE AWARD-SHORTLISTED POLITICAL THRILLER

Charles Harris

67

Kindle Edition

$4⁹⁹



La Maldición de la Espada: La Historia de Dalom: Una aventura fantástica de poder, ...

Yon Jimenez

10

Kindle Edition

$3²⁹

## How would you rate your experience shopping for books on Amazon today?








Very poor          Neutral          Great

## Customer reviews

5 out of 5

5 global ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review



Add to cart

Sponsored

Top reviews

## Top reviews from the United States

 **Gerry**

**Great book**

Reviewed in the United States on April 2, 2015

**Verified Purchase**

Love this book

Helpful     Report

 **greg**

**excellent book**

Reviewed in the United States on January 26, 2013

I was very impressed with this book. I do not like to read a lot of books, but love Dan Brown's books and the way he writes. I found this book to be of the same quality and suspense as those written by Dan Brown. I highly recommend this book to anyone that likes the writing style of Dan Brown.

2 people found this helpful

Helpful     Report

 **Ricardo A.**

**Exciting!**

Reviewed in the United States on July 17, 2013

If you liked this book, check out b.sandy's semi-follow up "ARCHETYPES IN OUR LIVES: How Ancient Archetypes Evolved into Modern Lives". I think they are a great pairing because the Link is a great story and Archetypes delves further into the concepts presented in The Link.

One person found this helpful

Helpful     Report

 **Dirk Thomas**

**Prepare to see religion in a different light......**

Reviewed in the United States on July 22, 2008

I met the author before he published the book and before you read this review you should know we have become good friends. One of the things I most enjoy about him (which also goes for the book) is the way he has of looking at any subject and finding a different meaning than most of us would see, or a slightly skewed angle in which he approaches the topic. This book discusses historical events but places them in a different context, which in turn forces us to look at them in a new way. I would love to see it made into a movie. Whether or not you agree with his viewpoint, it is provocative and entertaining.

One person found this helpful

Helpful     Report

 **D. Macena**

**An Extraordinary Book**

Reviewed in the United States on November 22, 2007

In my sincere opinion it was hard to put this book down because of the flow in the author's writing style, as if the only thing that my mind wanted was to see what was coming next in the story...And being a historical novel it really grabs you. It was very uplifting or mind altering. It really made think outside the box.//However, being totally objective I must add that I encountered a few misprints, but as I am someone who reads a lot, I must say that it is quite common to see that on the first edition..
//Over all, in my opinion the book is excellent! Who knows we might see it in Hollywood one day! Watch out Dan Brown!
Cheers!!

Helpful     Report

See more reviews ›

## 4 stars and above

Sponsored ⓘ



**The Last Boy in Auschwitz: A WW2 Jewish Holocaust Survival True Story…**
Moshe (Mjetek) Bomberg
1,719
Kindle Edition
$6⁹⁹



**The Polish Nurse: A WW2 Historical Fiction Novel (World War II Brave Women Fiction …**
Leah Moyes
2,920
Kindle Edition
$3⁹⁹



**The Mindful Entrepreneur: How to rapidly grow your business while staying…**
Joel Gerschman
279
Kindle Edition
$4⁹⁹



**The Auschwitz Photograph: A WWII Historical Fiction Novel (Unforgettable World…**
Julie Tulba
700
Kindle Edition
$6⁹⁹



**The Art of Slow Travel: See the World and Savor the Journey On a Budget [An Unusual…**
Bhavana Gesota
*Travel again in the post-Covid new normal. A priceless resource for the travel-curious and the budget-conscious.*
266
Kindle Edition
$7⁹⁹

Page 1 of 12

---

## Report an issue

Does this item contain inappropriate content?
Report

Do you believe that this item violates a copyright?
Report

Does this item contain quality or formatting issues?
Report

---

## Best Sellers in Kindle Store

Page 1 of 6

kindle unlimited



**The Boyfriend: A Psychological Thriller**
› Freida McFadden
12,289
Kindle Edition
#1 Best Seller ⌛ in Kindle Store
$3.99



**War**
› Bob Woodward
Kindle Edition
#1 Best Seller ⌛ in Biographies & Memoirs
$16.99

kindle unlimited



**The Housemaid: An absolutely addictive psychological thriller with a jaw-dropping twist**
› Freida McFadden
375,185
Kindle Edition
$3.99

first reads

**A Very Bad Thing**
› J.T. Ellison
651
Kindle Edition
#1 Best Seller ⌛ in Crime Thrillers
$1.99

kindle unlimited



**Phantasma: A dark fantasy romance (Wicked Games Book 1)**
› Kaylie Smith
4,356
Kindle Edition
#1 Best Seller ⌛ in Dark Fantasy
$2.99

---

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

Get to Know Us          Make Money with Us          Amazon Payment Products          Let Us Help You

| Careers | Sell on Amazon | Amazon Visa | Your Account |
|---|---|---|---|
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

English | United States

| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
|---|---|---|---|---|---|---|
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

# EXHIBIT D

1  Dear Esquires Shields and Grossman,

2  Nathrop, CO, 10/08/2024

3

4  Thanks for confirming that you both will be the attorneys in this case.

5  The spirit of Local Rule 7-3 is to have parties continue to be civil in spite of their
6  disputes.  It appears that I already addressed and anticipated your two points in
7  my original Complaint.  Consequently, I need to allow you to understand the
8  powers at play and show what is going to happen in the next 4 to 5 years.

9

10  The powers at play will involve:

11  1) Notorious folkloric character "Nasreddin."

12  2) Nobel Laureate John Nash and his "Game Theory."

13  3) How the singer Enrique Iglesias screwed me.

14  4) Comedian Dave Chappelle

15

16  **PARAMOUNT ITSELF DID NOT STEAL MY BOOK**

17

18       This is going to be about the third time that I repeat this statement,
19  "Paramount itself is too big and did not steal my novel, Paramount is a contract
20  with shareholders; however, Paramount via its staff benefited from stealing my
21  novel."

22       The first time in a letter to the people involved in the production of the
23  movie; the second time in a letter sending a mailed waiver of service to
24  Paramount Pictures, and here now, for the third time.  Paramount itself is too big

1

1  to have access to my little novel; however, everyone else or the human beings
2  who work for Paramount Pictures could have access to it.  When I say to my
3  friends Paramount Pictures stole my novel and I am suing Paramount Pictures,
4  it is basically the same level when I say Enrique Iglesias screwed me.

5

6  **Enrique Iglesias' Story and how it relates to my situation in This Lawsuit:**

7      I have worked in the film industry since 1995.  One of my first jobs was
8  working for Taco Bell talking Chihuahua commercial campaign; I was a P.A. and
9  worked in the Art Department decorating the sets.  Having a background in
10  electronics, eventually, I set up my services with: teleprompting, video assist,
11  sound playback, 24-frame Sync, and SMPTE timecode (slates, for film
12  synchronization to sound).

13      A production company knew that I was available and could do the job of
14  "many" by myself, and music videos did not pay much so.  For the song Enrique
15  Iglesias video on the song *"Bailamos,"* I provided three services in one: Sound
16  Playback, Video Assist, and SMPTE time code.

17      I usually got paid 30 days after the job.  When 60 days had passed, I
18  called the production company that had hired me. *"Hey Sandy we did not pay
19  you because Enrique Iglesias screwed all of us; the music video that we did for
20  him, he is not going to use, because his song 'Bailamos' got picked up by the
21  movie 'Wild Wild West,' and Warner Bros. is making a bigger video production
22  for the same song."*

23      So, when I say "Enrique Iglesias screwed me," it is short for the people
24  who work for Iglesias screwed me, likewise, the people who work for Paramount
25  Pictures screwed me.  Iglesias himself had not direct access to me, and
26  likewise, Paramount Pictures is a corporation that does not read books like
27  human beings do.  So, getting shafted by celebrity Enrique Iglesias was not a
28  total loss, because I can use the infamous experience as an analogy on how
29  similarly Paramount Pictures screwed me.

1  The photo shows me on the left, and I had all three equipments in a dolly, ready
2  for a rapid move ready to roll to a next location on the fly.



12      There are several layers of people, access, and bureaucracy in getting to
13  one on one with Enrique Iglesias; likewise, there are several layers of people at
14  Paramount Pictures.  Therefore, the bigwigs at Paramount may claim access
15  and innocence even when the theft benefited the shareholders of Paramount
16  Pictures.

17

18  **Nasreddin's Story and how it relates to my situation in this lawsuit:**

19  Nasreddin is a famous character in Asia, and his folktales span from the
20  ridiculous to the very wise. Nasreddin  has his own Wikipedia page. So, the
21  connection of Nasreddin to Paramount, the fable goes like this:

22      *Nasreddin was bent on in his front yard most of the morning, and his*
23      *neighbor felt sorry and wished to help him.*

24      *"Nasreddin, what are you doing?"*

3

1    *"I've lost my lucky gold coin, and my life is ruined without it."*

2    *"No worries, I will help you, and we will find your coin."*

3    *After combing the lawn for the whole afternoon, frustrated, the*
4    *neighbor said, "Nasreddin, we swept across every inch of this*
5    *ground, I can definitely claim that the coin is not here."*

6    *"I know that, I lost my coin inside the house, but it is too dark inside*
7    *to look for the coin."*

8    In case you are wondering, who is whom in the story.  Paramount Picture
9    is Nasreddin, Loeb&Loeb is the neighbor, and I, the Plaintiff, I am the front yard
10   grass.  Logically, the lucky gold coin is the truth.

11   Again, logically, the people at fault are people with leverage in the film
12   industry, and likely, inside Paramount Pictures, they could also be bigwigs,
13   writers, agents, and producers who come and go.  Therefore, some of them
14   copied my novel and entangled Paramount Pictures in the theft, profiting from
15   my novel and entangling Paramount's shareholders in the theft as well.

16

17   **MORE THAN THE PLAINTIFF AS THE INJURED PARTY IN THIS SUIT**

18

19   For the third time that I have been saying; perhaps this time it will sink in.
20   There is more than one injured party in this suit.  Obviously, as the Plaintiff and
21   author, I am the injured party.  However, the folk or folks who eliminated all the
22   spiritual parts of my novel, but kept the sequence, interaction between the
23   characters the same, even took my book cover as the art work for the Blu-Ray
24   cover when the World Trade Center towers are not even in the plot of *Infinite.*
25   That is not only laziness of imagination, it is willful sabotage against Paramount
26   Pictures.  Because there are 23,000 skyscrapers around the world (Wikipedia),
27   the Paramount's employee(s) used the same ones to entangle Paramount's
28   Shareholders in a copyright lawsuit.  Furthermore, there are millions of names
29   around the world and Paramount's employee, for the supporting character used

4

1 the same name with the same etymology—*Light (Lucia-Link and Nora-Infinite).*
2 Again, this is more than laziness, it is an employee, producer, or employees
3 sabotaging Paramount Pictures or Paramount's Shareholders.

4       The person or people who sabotaged Paramount set this to cause
5 damage of at least one million dollars as the legal fees for Loeb&Loeb for the
6 next 4 or 5 years.  Notwithstanding, this lawsuit could become a scandal and
7 taint the share prices of Paramount Pictures.  The sabotage was two-folds,
8 turning the *Infinite*-movie into the worst movie of 2021, and entangling
9 Paramount in this lawsuit.

10      Dear Esquire Shields and Grossman, you are part of the painful sabotage
11 against Paramount Pictures, because in the last three years I learned that
12 lawyers don't like to work for free, that is the main reason why I am a *Pro-se* still.
13 I am sure that just to read my conferral response between both of your legal
14 hours is costing Paramount more than $1,000.00 which equals to two hundred
15 *Paramount Plus* online subscriptions.  You both are a conflict of interest for
16 Paramount.

17

18                        **JOHN NASH's GAME THEORY**

19      Why are you in conflict of interest?  When this lawsuit moves forward for
20 the next four to five years, Loeb&Loeb will profit a lot more than Paramount
21 Pictures recognizing its in-house sabotage and settling with me.  Just like in
22 Nash's Game Theory, the powers at be will seek the biggest gain.  For now,
23 Paramount is behaving like Nasreddin.  Paramount already lost 29% in stock
24 value this year alone without this lawsuit becoming public.

25

26                        **"PARAMOUNT IS A MONSTER"**

27

28      "Paramount is a monster." These are not my words; they are the words of
29 famous comedian Dave Chappelle.  However, then Paramount was still called

Viacom. Interesting fact; corporations change their names to clean up their corrupt image. For instance; United Fruit Corp, devastated Central America even worked with the CIA to change the government in Guatemala, today is called Chiquita Banana. Paramount was so bad to Dave Chappelle who begged his own fans to boycott watching his own TV Series. In entertainment industry as a monster; Paramount is not alone. Yet, corporations are great at their best and monsters at their worst. A few examples: Sony enslaved via contract musician Prince, Disney enslaved Destiny Cyrus (today's Miley Cyrus) and Tommy Dorsey Band via contract tried to enslave Frank Sinatra.

What makes corporations monsters is when <u>they don't know</u> the damage that they are causing, like Enrique Iglesias did to me, and Viacom/Paramout did to Chappelle.


**STABBED IN THE FRONT VERSUS BEING STABBED IN THE BACK**

While Prince, Cyrus, Sinatra, and Chappelle were stabbed in the front because they wanted to be famous, so they all signed egregious contracts; however, <u>Paramount Pictures stabbed me on my back by stealing my novel and creating a distraction when claiming *Infinite-movie* was based on the deplorable novel *The Reincartionist's Papers ("TRP"),* where the protagonist is a lowlife arsonist.</u> *TRP's* plot is basically reading about a box of snakes interacting with each other, I still loathe myself for having to read such sordid novel (in other to understand Paramount's willful misdirection).

Dear Esquire Shields, here are your words in your conferral email:

> *Substantial Similarity: Additionally, the works are not substantially similar because <u>the idea of a good-vs.-evil reincarnation story, and the elements which flow naturally from that premise, and not protectable.</u> Here, the elements of the works that necessarily flow from the concept of reincarnation are not protectable. Outside of these unprotectable concepts and elements, Infinite and The Link share no substantial similarities of protectable expression. The works tell different stories, feature different characters, take place in*

1
2

*different settings, and do not share any protected expression in dialogue, theme, mood or pace.*

3    By the way, I'm not suing "an idea."  Please respect my intelligence and
4    the Judges' intelligence, ideas are not protectable, we all know that, that's "101-
5    Business Law Course" in college.

6    Further, you are in contradiction, because <u>you are validating the willful</u>
7    <u>Paramount's misdirection</u> which I already described in the Complaint.  Here is
8    why you are validating the intentional misdirection:

9    1) If *good-vs.-evil reincarnation story, and the elements which flow naturally*
10   *from that premise, and not protectable;* then why did Paramount Pictures
11   purchase the rights from *TRP* because *Infinite-movie* has much less in common
12   with *TRP* than it has much more in common with my novel, *The Link?*  It was a
13   willful misdirection because by your own words, it was also not necessary to
14   purchase the movie rights from *TRP.*

15   2) The characters are not different: 1)both leading protagonists had memory
16   problems.    2)Both supporting characters were females, and 3) had the
17   etymology name meaning "light."  4) Both supporting characters came to the aid
18   of both leading characters when 5) they were being interrogated by 6)both
19   genocidal villains who 7) sarcastically called the protagonist "my old friend," so, I
20   am naming a few from memory now (((Which none of these similarities where
21   ever found in common in the novel*TRP;* again, willful misdirection)))

22   Regarding "Access;" your paragraph describes the world without the
23   internet; *Marcus Gray et al. v. Katy Perry et al. 2:15-cv-05642* argued "access"
24   *ad nauseam* for 4 years.  I do not need to repeat that wide dissemination was
25   been nullified in the age of the internet, see *Gray* and the Complaint.

26

27   **THE DIFFERENCE OF PROCEDURAL JUSTICE AND DIVINE JUSTICE**

28   It is possible that you both may kick my ass on procedural justice.
29   Furthermore, it has been my experience, that *Pro-Se* Litigants are an insult to

the Court.  Recently, even the U.S. Supreme Court discontinued the appearance of *Pro-Se* Litigants (Isn't that discrimination?).  Nonetheless, on procedural and Divine Justice; only social psychopaths live in peace with the fact that a win is more important than justice.

You both have been hired for a win, and not for justice.  I want to describe to you what divine justice looks like.

In 2012, the U.S. government granted me the Home Affordable Refinance Program ("HARP"); so I could save my house in Las Vegas, Nevada.

1) I've made the three monthly payments required by HARP.

2) Bank of America cashed my three checks and said that I was approved.

3) Bank of America sold my loan to Credit Suisse.

4) Credit Suisse refused to honor the HARP and to began foreclose.

5) I sued, *Sandy v. Bank of America et al 14-cv-0110,* in Nevada federal court.

6) Credit Suisse counter-sued me in Nevada State District Court.

7) Judge Kathleen Delaney was condescending and always ruled against me.

8) The Nevada Supreme Court sealed my motion to disqualify Judge Delaney.

9) My house was sold in an auction to Mr. Kory Scheeler.

10) Scheeler started an action to evicted me for unlawful detainer and tried to have me arrested for false claims that I destroyed my own home.

There are more misdeeds, but I abbreviated; but here is divine justice versus procedural justice:

1) Credit Suisse went bankrupt in June of 2023.

https://en.wikipedia.org/wiki/Credit_Suisse

1   2) Judge Delaney was reprimanded by the Nevada Supreme Court for the same
2   reasons my *Motion to Disqualify* was sealed. (BTW, I will unseal my motion to
3   disqualify Delaney and show unjust cover up was Nevada)

4   https://judicial.nv.gov/uploadedFiles/judicialnvgov/content/Discipline/Dicisions/
5   2022.12.21%20Certified%20Copy%20of%20Stipulation%20and%20Order
6   %20of%20Consent%20to%20Public%20Reprimand%202021-025-P%20and
7   %202022-026-P.pdf

8   3) Judge Delaney was the sole judge on foreclosures in Las Vegas then, later,
9   Delaney's own home was burned down by squatters when she was remodeling
10  it.

11  4) Kory Scheeler, who tried to have me arrested during an unlawful detainer
12  action is in prison for swindling partners and purchasing my home in auction
13  with stolen money.

14  https://www.reviewjournal.com/crime/henderson-police-say-real-estate-scheme-
15  scammed-investor-of-millions-2558346/

16  5) Bank of America, invariably is going to collapse next, stay tuned.

17  https://www.msn.com/en-us/money/news/bank-of-america-could-collapse-in-
18  2024-take-a-look/ar-AA1mSNuw

19  https://www.msn.com/en-us/money/companies/bank-of-america-customers-
20  report-account-outages-some-seeing-balances-of-0/ar-AA1rBuy9

21      At its peak, Credit Suisse Market Cap was 88 billion dollars when it sued
22  me in Nevada District Court.  Bank of America's market cap is 310 billion, and
23  recently Warren Buffett started to sell BofA's share like it is radioactive waste.

24      Paramount Pictures stock prices (PARA) peaked at $64.50 just before
25  *Infinite-movie* was released; today's stock-quote is at $10.50.  Keep in mind,
26  Credit Suisse on its peak, was 9 times bigger than Paramount.  Again, there is
27  procedural justice and divine justice.

28

9

# CONCLUSION

I was delighted when Esquire Grossman contacted me via email regarding the Waiver of Service, and again delighted today, when your email confirmed that Esquire Grossman will be the attorney on record for this suit.

Why delighted? It is because I have read and studied every filing in *Irish Rover v. Aaron Sims et al,* and I also read the screenplay "Totem" and watched the three seasons of *Stranger Things*.

I found more similarities in *The Link v. Infinite,* than I read in screenplay *"Totem" v. "Stranger Things."* What are the odds that the Plaintiff giving up his own lawsuit, a few days before a public trial? Regarding *Irish Rover,* I am surprised that James Cameron also did not sue Netflix et al, for stealing scenes from *"Alien."*

I am confident that I will survive your *motion to dismiss,* because your points on access and wide dissemination have a precedent in *Gray v Hudson* and your arguments on similarities are in contradiction because "you" as Paramount purchased for the same un-protectable items in *TRP* as willful misdirection to steal *The Link*.

Please don't forget, Nasreddin's going for the easiest rather than the logical, Game Theory, the conflict of interest in pushing this forward, and the sabotaged by Paramount's own employees. Regarding divine justice, you don't have to remember, God will take care of it.

I am still willing and happy to entertain the same settlement offer I have originally made to bring this employees' "sabotage" to Paramount Pictures to a closure.

Sincerely,

Bayardo Sandy, Plaintiff Pro-Se

1  PS: I have numbered the lines and pages if Loeb&Loeb wishes to use this
2  communication against me.  Below a copy and past grab of your previous email.

3  *************************************************************************

4  Erin Shields

5  From:eshields@loeb.com
6  To:Bayardo Sandy,B. Sandy
7  Cc:David Grossman
8   Mon, Oct 7 at 1:53 PM
9
10  Mr. Sandy,
11
12  Thank you for your email. I can confirm David Grossman and I will be the
13  attorneys representing Paramount in this action.
14
15  We are also happy to meet and confer over email, since that appears to be
16  easier for you given your location. To provide more detail regarding the grounds
17  for Paramount's motion to dismiss:
18     ·    Access: The complaint fails to plead a plausible theory of access.
19         Federal courts have consistently held that mere availability of a work
20         online is insufficient to plead a theory of access via widespread
21         dissemination.  Here, the complaint fails to include any specific allegations
22         regarding the number of copies of The Link sold or accessed, which would
23         be required for a showing of widespread dissemination.  Additionally, the
24         complaint fails to plead a plausible chain-of-events access theory,
25         because the complaint fails to name any Paramount employees which you
26         allege received copies of The Link during your time working on Cirque du
27         Soleil: Worlds Away, or any connection between those purported
28         employees and the production of Infinite.
29             o  As a factual matter, Paramount disputes that any copies of The
30                Link could have been distributed to Paramount employees during the
31                production of this film. Paramount only distributed -- and had no
32                involvement in the production of -- Cirque du Soleil: Worlds Away.
33     ·    Substantial Similarity:  Additionally, the works are not substantially
34  similar because the idea of a good-vs.-evil reincarnation story, and the

11

1   elements which flow naturally from that premise, and not protectable.
2   Here, the elements of the works that necessarily flow from the concept of
3   reincarnation are not protectable.  Outside of these unprotectable
4   concepts and elements, Infinite and The Link share no substantial
5   similarities of protectable expression.  The works tell different stories,
6   feature different characters, take place in different settings, and do not
7   share any protected expression in dialogue, theme, mood or pace.
8
9   Please let me know if you have any questions.  We look forward to your
10  response.
11
12  Best,
13  Erin

12