DAVID GROSSMAN (SBN 211326)
dgrossman@loeb.com
ERIN SHIELDS (SBN 337121)
eshields@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
PARAMOUNT PICTURES CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYARDO RENO SANDY,<br><br>   Plaintiff,<br><br>  v.<br><br>PARAMOUNT PICTURES CORPORATION,<br><br>   Defendant. | Case No.: 2:24-cv-04403-RGK-RAOx<br><br>**DECLARATION OF DAVID GROSSMAN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**<br><br>[Filed concurrently: *Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities in Support; Request for Judicial Notice; Notice of Lodging; [Proposed] Order*]<br><br>Date: November 18, 2024<br>Time: 9:00 a.m.<br>Courtroom: 850<br><br>Complaint Filed: May 28, 2024 |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

GROSSMAN DECLARATION IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS

# DECLARATION OF DAVID GROSSMAN

I, David Grossman, declare as follows:

1. I am a partner at Loeb & Loeb LLP, counsel of record for Paramount Pictures Corporation ("Defendant") in this case. I am an attorney duly licensed to practice law before all courts in the State of California. The matters referred to in this declaration are based upon my personal knowledge and belief, and if called as a witness, I could and would competently testify thereto under oath.

2. Attached to the concurrently filed Notice of Lodging as **Exhibit A** is a true and correct DVD copy of Defendant's film *Infinite*.

3. Attached to the concurrently filed Notice of Lodging as **Exhibit B** is a true and correct copy of the novel *The Reincarnationist Papers*, by D. Eric Maikranz, upon which *Infinite* was based.

4. Attached hereto as **Exhibit C** is a true and correct copy of a screenshot of the listing of Plaintiff's novel, *The Link*, on Amazon.com, taken on October 9, 2024. *The Link's* Amazon listing is also available at https://www.amazon.com/Link-Third-Millenium-B-Sandy-ebook/dp/B00B67IG4I/ref=sr_1_1?crid=2XVUMI6IUWF4W&dib=eyJ2IjoiMSJ9.gsYvucr_8s6vJGybUAMUYI9R5Y1QBaBHIkxd1F-pHvzGjHj071QN20LucGBJIEps.NAxrK4PE3whKA7p-kHyYf3gIaIyGhBlfdl_rWQqh5FY&dib_tag=se&keywords=the+link+b.+sandy&qid=1728494610&s=digital-text&sprefix=the+link+b.+sandy%2Cdigital-text%2C122&sr=1-1.

5. On October 4, 2024, counsel for Defendant reached out to Plaintiff to meet and confer regarding the grounds for Defendant's motion to dismiss pursuant to Local Rule 7-3. Due to limited phone reception in Plaintiff's location, Defendant provided Plaintiff with the grounds for Defendant's motion to dismiss via email on October 7, 2024. On October 8, 2024, Plaintiff responded. A true and correct copy

Loeb & Loeb
A Limited Liability Partnership
Including Professional Corporations

240036999.1
202830-10079

1

GROSSMAN DECLARATION IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

1  Defendant's counsel's email and Plaintiff's response is attached hereto as **Exhibit D.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 17, 2024 at Los Angeles, California

                              */s/ David Grossman*
                              David Grossman

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional Corporations

240036999.1
202830-10079

2

GROSSMAN DECLARATION IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS