# EXHIBIT-04

## RE: Conferral on options, Motions and Ap. for Entry of Default

From: David Grossman (dgrossman@loeb.com)

To: baysandy@yahoo.com; eshields@loeb.com; bsandy.com@gmail.com

Date: Friday, October 18, 2024 at 02:10 PM MDT

Mr. Sandy,

I am not sure what you are requesting.  If you would like more time to file your responsive brief, I am open to that and would be willing to discuss a stipulation on the hearing date and a briefing schedule.

On the other issues you raise, we will need to meet and confer telephonically.  I am available Monday 10/21 from 10-12:30 PST or Tuesday 10/22 from 1-4 PST.  Please let me know if either of those times works for you.

David Grossman
Loeb & Loeb LLP
10100 Santa Monica Blvd. Suite 2200
Los Angeles, CA 90067
Tel: 310.282.2077

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.

**From:** Bayardo Sandy <baysandy@yahoo.com>
**Sent:** Friday, October 18, 2024 9:11 AM
**To:** David Grossman <dgrossman@loeb.com>; Erin Shields <eshields@loeb.com>; Bayardo_gmail Sandy <bsandy.com@gmail.com>
**Subject:** Conferral on options, Motions and Ap. for Entry of Default

Hello Esquire Grossman and Shields,

Please find a pdf version of conferral.

Sincerely

Bayardo Sandy, Plaintiff Pro-Se

Redstone CO, 10/18/2024