# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYARDO RENO SANDY<br><br>PLAINTIFF(S)<br><br>v.<br><br>PARAMOUNT PICTURES CORPORATION<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:24–cv–04403–RGK–RAO<br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

　10/27/24　 / 　18　 / 　MOTION to Strike Corrected MOTION to Dismiss Case　
*Date Filed*　　*Doc. No.*　　*Title of Document*

__ / __ / __
*Date Filed*　　*Doc. No.*　　*Title of Document*

Other:
Memorandum exceeds 20 page limit in violation of this Court's Standing Order [9]. Counsel shall have 2 days from the date of this order to file a corrected motion.

Dated: October 28, 2024　　　　By: /s/ *R. Gary Klausner*
　　　　　　　　　　　　　　　　　　　U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–106 (6/12)　　ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)