DAVID GROSSMAN (SBN 211326)
dgrossman@loeb.com
ERIN SHIELDS (SBN 337121)
eshields@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
PARAMOUNT PICTURES CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYARDO RENO SANDY,<br><br>        Plaintiff,<br><br>     v.<br><br>PARAMOUNT PICTURES CORPORATION,<br><br>        Defendant. | Case No.: 2:24-cv-04403-RGK-RAOx<br><br>**DECLARATION OF DAVID GROSSMAN IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE**<br><br>[*Filed concurrently: Opposition to Motion to Strike*]<br><br>Date:  December 2, 2024<br>Time: 9:00 a.m.<br>Courtroom: 850<br><br>Complaint Filed: May 28, 2024 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

240213367.1
202830-10079

GROSSMAN DECLARATION IN SUPPORT OF
OPPOSITION TO PLAINTIFF'S MOTION TO
STRIKE

## DECLARATION OF DAVID GROSSMAN

I, David Grossman, declare as follows:

1.    I am a partner at Loeb & Loeb LLP, counsel of record for Paramount Pictures Corporation ("Defendant") in this case.  I am an attorney duly licensed to practice law before all courts in the State of California.  The matters referred to in this declaration are based upon my personal knowledge and belief, and if called as a witness, I could and would competently testify thereto under oath.

2.    On October 21, 2024, I met and conferred with Plaintiff Bayardo Sandy via telephone regarding multiple motions Mr. Sandy informed me he was planning to file, including a "request for entry of default" and a motion to strike.  Mr. Sandy stated that his default motion was going to be filed on the basis that he believed there were grounds to seek an order from the Court declaring him to have prevailed in this action.  During the meet and confer, I objected to this proposed motion, told Mr. Sandy this was improper, and that Defendant would object to his proposed motion if he chose to file it, and that the proper method of seeking judgment in a party's favor would be a motion for summary judgment.

3.    I informed Mr. Sandy that there was no merit, or procedural basis, for his proposed motion to strike the pending motion to dismiss.  I also offered to stipulate to an extension of Mr. Sandy's deadline to file an opposition brief but Mr. Sandy declined my offer of an extension.  Mr. Sandy disagreed with me regarding the date the opposition to Defendant's motion to dismiss would be due (it was due on October 28), and he subsequently failed to timely file an opposition brief.  The Court, thereafter, and on its own motion, moved the motion to dismiss hearing date from November 18 to December 2.  Mr. Sandy ultimately filed an opposition brief, on or about November 4, 2024.

//

//

//

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

240213367.1
202830-10079

1

GROSSMAN DECLARATION IN SUPPORT OF
OPPOSITION TO PLAINTIFF'S MOTION TO
STRIKE

1    I declare under penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct.

3    Executed on November 7, 2024 at Los Angeles, California

4

5    */s/ David Grossman*
     David Grossman

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

240213367.1
202830-10079

2

GROSSMAN DECLARATION IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS