# EXHIBIT-03

Case 2:24-cv-04403-RGK-RAO Document 26-3 Filed 11/10/24 Page 1 of 2 Page ID #:1009

# Remember, remember the Fifth of November,

| | |
|---|---|
| From: | Bayardo Sandy (baysandy@yahoo.com) |
| To: | dgrossman@loeb.com; eshields@loeb.com; bsandy.com@gmail.com |
| Date: | Tuesday, November 5, 2024 at 08:57 AM MST |

Remember, remember the Fifth of November,
Sandy's response at inbox.
I see no reason,
Why Judge's Order this season,
Should ever be forgot.
Scheduling Report, Scheduling Report is the next coming event,
To confer in a Calendar in our mutual agreement.

- - -
The scores of pages attached below
Regarding injustice to overthrow
By God's providence, we will match
Our "report" to timely dispatch
*The Link, Infinite,* let the bells ring,
Our "report," justice shall bring.


PS:  Good Morning, Esquire Grossman and Esq. Shields
My way to celebrate Guy Fawkes' Day
https://en.wikipedia.org/wiki/Guy_Fawkes_Night
Please find attached motions filed yesternight.
I am looking forward in crafting our report.

Sincerely,
Bayardo Sandy Plaintiff Pro Se.

PPS: Parody is protected under 17 U.S. Code § 107; and the about 500 years in public domain.



- ECF---Exhibit-05---Big Trouble (1986 film) - Wikipedia.pdf
  466kB
- ECF---Exhibit-04---Double Indemnity - Wikipedia-72dpi.pdf
  401.9kB
- ECF---Exhibit-03---Sandy v. Paramount-CBS.pdf
  79kB
- ECF---Exhibit-02---Litchfield v. Spielberg.pdf
  198.2kB
- ECF---Exhibit-01---Rentmeester v. Nike, Inc.pdf
  399kB
- ECF---2024-11-04---Answer-to MoD.pdf
  859.9kB
- ECF---Exhibit-06---Greenspan v. Platinum Health.pdf
  211kB