# EXHIBIT-04

# RE: Remember, remember the Fifth of November,

| | |
|---|---|
| From: | David Grossman (dgrossman@loeb.com) |
| To: | baysandy@yahoo.com; eshields@loeb.com; bsandy.com@gmail.com |
| Date: | Tuesday, November 5, 2024 at 11:42 AM MST |

Let me know if you are available to discuss the Rule 26 joint report issues today at 12:30/1/1:30/2 PST. If any of those times works, I will send around a calendar invite. Thanks.

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.