# EXHIBIT-05

Regarding Rule-26 Report,

| | |
|---|---|
| From: | Bayardo Sandy (baysandy@yahoo.com) |
| To: | eshields@loeb.com; bsandy.com@gmail.com; dgrossman@loeb.com |
| Date: | Wednesday, November 6, 2024 at 01:37 PM MST |

Hello Esquire Grossman and Shields,

I did not see your email intime. As I mentioned to you before, should you need me immediately, calling or texting would be best.  I also mentioned that I do not check my email after 16:00 at my local time.

I am sorry that I missed your email, and just saw it now a few minutes ago.

***Pursuant to Rule 26, Paramount and your cooperation, I hope you do not an injunction to stop any sale of Paramount will not be necessary.  Because corporation are notorious on destruction of documentation during a sale or a merger, usually done by the purchasing party.***

In support to the Complaint preliminarily I think Paramount should disclose:
a) The production of the list of all the streaming locations where Infinite was available, according to google research Infinite was available for digital purchase and streaming at:

b) Paramount Plus, Amazon Prime Video, Google Play, Youtube and Apple TV
revenue.
c) Also international streaming services in which Infinite was streammed.

We will need an itemized list per outlet on the number of streams and video purchase.
d) My DVD BluRay copies were manufactured in Germany.
We will need an itemized list of locations and count of how many DVD copies were made and sold.
e) A copy of the contract involving the author of TRP, Mr. Maikranz, and his agents.
f) A copy of the call sheets for the whole production of Infinite.
g) A copy of all the versions of the Screenplay, and even copies with handwritten notes.

I think Friday will allow you enough time to read this email, should you be interested in confer over the phone.
If 10AM Friday, Pacific, your time, we could go over these disclosures.

Sincerely,

Bayardo Sandy Plaintiff Pro Se

424-529-9997