# EXHIBIT-06

Preliminary estimate households domestically and global audience.

From:  Bayardo Sandy (baysandy@yahoo.com)

To:    dgrossman@loeb.com; eshields@loeb.com; bsandy.com@gmail.com

Date:  Wednesday, November 6, 2024 at 11:35 PM MST

Hello Esquires Grossman and Shields,

Please find a letter attached.

Sincerely,

Bayardo Sandy, Plaintiff Pro Se

 2024-11-06---Letter to Paramount Conferral.pdf
73.1kB

1  Dear Esquire Grossman and Esq. Shields.

2  Nathrop, CO 11/06/2024

3  Here are some preliminary numbers excluding Asia, Africa, and Australasia/Oceania,

4  showing the potential of Paramount streamming *Infinite* on Paramount Plus, but also

5  licensing via competitor like Amazon Prime, GooglePlay, Youtube, Paramount Plus,

6  Pluto, Roku, etc...

7  So, this is a rough and educated guess using A.I. generated numbers via Google Search,

8  evidently an Expert Witness in Valuation or Economics will have the credentials to

9  ascertain the proper headcount, both domestic and global.

10

| Country/Region | No. Households | % of H.H. Subscribers | No.Subscribers |
|---|---|---|---|
| U.S.A. | 127,000,000 | 99% | 125,700,000 |
| Canada | 16,600,000 | 80% | 13,280,000 |
| European Union | 200,000,000 | 78% | 156,000,000 |
| Latin America | 150,000,000 | 75% | 112,500.000 |
| Rough % of Household subscribers (minus Africa, Asia, AUS+) | | | **407,480,000** |
| Number of Paramount Subscribers/Global—source PARA-10K Report | | | **67,000,000** |

11

12 Besides the familiar names, Brazil, has several streaming services, including GloboPlay,

13 and Mubi.

14 So, without Africa, Asia and Australasia could reach a half billion households. So,

15 technically, *Infinite* cannot be a flop having a potential of having a quarter to a half

16   billion pair of eyes watching it at least once. Again, a guestimate, because an expert

17   witness will assess better numbers when it comes to damages.

18

19   I remain open to the two offers I have already presented, except if the case now moves

20   to the assessment of damages. Therefore, this window with two offers may be closing

21   soon.

22   I look forward in phone conferencing with you tomorrow or at your disposal.

23   Sincerely,

24

25   Bayardo Sandy, Plaintiff Pro Se

26

27