# EXHIBIT-07

RE: Preliminary estimate households domestically and global audience.

From: David Grossman (dgrossman@loeb.com)

To: baysandy@yahoo.com; eshields@loeb.com; bsandy.com@gmail.com

Date: Thursday, November 7, 2024 at 08:14 AM MST

I have sent you two emails in the last two days providing times to meet and confer.  You have refused to respond to those requests.
If you do not agree to meet and confer by phone today, we will submit our own report and will inform the Court that you have repeatedly refused to conduct the required meet and confer.

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.