# EXHIBIT-08

Conferral on the Second Motion to Strike due to deliberate lies on Conferral Report under Rule 26

---

From: Bayardo Sandy (baysandy@yahoo.com)

To: eshields@loeb.com; bsandy.com@gmail.com; dgrossman@loeb.com

Date: Thursday, November 7, 2024 at 10:00 AM MST

---

Hello Esquire Grossman and Shields,

Esquire Grossman, your email is untruthful and deceitful, and I have made understood to you two things:

1) I do not check my email after 16:00, and

2) \The fastest way to reach me is via phone calls or text messages.

WHICH YOU HAVE NOT DONE!!!

Yesterday I said that I was available to confer with you, in the afternoon including the morning of 11/07/2024.

**The Court will understand that:**

If you are crafting a deceitful lie to send a Report Rule-26 without my input, **your lies are going to trigger another motion to strike.**

You and Paramount have already violated the 60 days Rule and usurped Order-15 to reedit your Motion to Dismiss, now you are crafting a lie making me walk into a labyrinth of emails when you can call me or text me at ANYTIME.

Therefore, this email is a conferral on the **Second Motion to Strike** because you are creating deliberate lies to support your impetuous to send a Report on Rule 26 without my input.

To be clear, <u>so you don't play dumb again in your next email</u>, as you did before. Should you send a Report under Rule-26 without my conferral when I was available to confer with you via phone ANYTIME, and you never bothered to directly call me or text me. I will file a Motion to Strike your deceitful Report.

According to our previous phone call, our mutual Report is not due until November 18th, 2024. If Paramount had the truth on its side it would not buy unprotected elements in *The Reincartionist Papers* as a misdirection to steal my novel. Beside the misdirection of *TRP,* Paramount would also not violate the 60 days rule and violate the Court Order.

Now you are creating deceitful emails chain, that I have not tried to reach you is another lie and I will endeavor to show to the Court that you are failing to comply with court rules.

In the last two days I have left 6 voice mails, regarding this conferral on Rule-26.

Sincerely,

Bayardo Sandy Plaintiff Pro Se

On Thursday, November 7, 2024 at 08:14:52 AM MST, David Grossman <dgrossman@loeb.com> wrote:

I have sent you two emails in the last two days providing times to meet and confer. You have refused to respond to those requests.
If you do not agree to meet and confer by phone today, we will submit our own report and will inform the Court that you have repeatedly refused to conduct the required meet and confer.

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.