# EXHIBIT B

23181296.1
922222-10950

Dear Esquires Shields and Grossman,

Nathrop, CO, 10/08/2024

Thanks for confirming that you both will be the attorneys in this case.

The spirit of Local Rule 7-3 is to have parties continue to be civil in spite of their disputes. It appears that I already addressed and anticipated your two points in my original Complaint. Consequently, I need to allow you to understand the powers at play and show what is going to happen in the next 4 to 5 years.

The powers at play will involve:

1) Notorious folkloric character "Nasreddin."

2) Nobel Laureate John Nash and his "Game Theory."

3) How the singer Enrique Iglesias screwed me.

4) Comedian Dave Chappelle

## PARAMOUNT ITSELF DID NOT STEAL MY BOOK

  This is going to be about the third time that I repeat this statement, "Paramount itself is too big and did not steal my novel, Paramount is a contract with shareholders; however, Paramount via its staff benefited from stealing my novel."

  The first time in a letter to the people involved in the production of the movie; the second time in a letter sending a mailed waiver of service to Paramount Pictures, and here now, for the third time. Paramount itself is too big

to have access to my little novel; however, everyone else or the human beings who work for Paramount Pictures could have access to it. When I say to my friends Paramount Pictures stole my novel and I am suing Paramount Pictures, it is basically the same level when I say Enrique Iglesias screwed me.

**Enrique Iglesias' Story and how it relates to my situation in This Lawsuit:**

I have worked in the film industry since 1995. One of my first jobs was working for Taco Bell talking Chihuahua commercial campaign; I was a P.A. and worked in the Art Department decorating the sets. Having a background in electronics, eventually, I set up my services with: teleprompting, video assist, sound playback, 24-frame Sync, and SMPTE timecode (slates, for film synchronization to sound).

A production company knew that I was available and could do the job of "many" by myself, and music videos did not pay much so. For the song Enrique Iglesias video on the song *"Bailamos,"* I provided three services in one: Sound Playback, Video Assist, and SMPTE time code.

I usually got paid 30 days after the job. When 60 days had passed, I called the production company that had hired me. *"Hey Sandy we did not pay you because Enrique Iglesias screwed all of us; the music video that we did for him, he is not going to use, because his song 'Bailamos' got picked up by the movie 'Wild Wild West,' and Warner Bros. is making a bigger video production for the same song."*

So, when I say "Enrique Iglesias screwed me," it is short for the people who work for Iglesias screwed me, likewise, the people who work for Paramount Pictures screwed me. Iglesias himself had not direct access to me, and likewise, Paramount Pictures is a corporation that does not read books like human beings do. So, getting shafted by celebrity Enrique Iglesias was not a total loss, because I can use the infamous experience as an analogy on how similarly Paramount Pictures screwed me.

1  The photo shows me on the left, and I had all three equipments in a dolly, ready
2  for a rapid move ready to roll to a next location on the fly.



12      There are several layers of people, access, and bureaucracy in getting to
13  one on one with Enrique Iglesias; likewise, there are several layers of people at
14  Paramount Pictures. Therefore, the bigwigs at Paramount may claim access
15  and innocence even when the theft benefited the shareholders of Paramount
16  Pictures.

17

18  **Nasreddin's Story and how it relates to my situation in this lawsuit:**

19  Nasreddin is a famous character in Asia, and his folktales span from the
20  ridiculous to the very wise. Nasreddin has his own Wikipedia page. So, the
21  connection of Nasreddin to Paramount, the fable goes like this:

22      *Nasreddin was bent on in his front yard most of the morning, and his*
23      *neighbor felt sorry and wished to help him.*

24      *"Nasreddin, what are you doing?"*

> *"I've lost my lucky gold coin, and my life is ruined without it."*
>
> *"No worries, I will help you, and we will find your coin."*
>
> *After combing the lawn for the whole afternoon, frustrated, the neighbor said, "Nasreddin, we swept across every inch of this ground, I can definitely claim that the coin is not here."*
>
> *"I know that, I lost my coin inside the house, but it is too dark inside to look for the coin."*

In case you are wondering, who is whom in the story. Paramount Picture is Nasreddin, Loeb&Loeb is the neighbor, and I, the Plaintiff, I am the front yard grass. Logically, the lucky gold coin is the truth.

Again, logically, the people at fault are people with leverage in the film industry, and likely, inside Paramount Pictures, they could also be bigwigs, writers, agents, and producers who come and go. Therefore, some of them copied my novel and entangled Paramount Pictures in the theft, profiting from my novel and entangling Paramount's shareholders in the theft as well.

**MORE THAN THE PLAINTIFF AS THE INJURED PARTY IN THIS SUIT**

For the third time that I have been saying; perhaps this time it will sink in. There is more than one injured party in this suit. Obviously, as the Plaintiff and author, I am the injured party. However, the folk or folks who eliminated all the spiritual parts of my novel, but kept the sequence, interaction between the characters the same, even took my book cover as the art work for the Blu-Ray cover when the World Trade Center towers are not even in the plot of *Infinite*. That is not only laziness of imagination, it is willful sabotage against Paramount Pictures. Because there are 23,000 skyscrapers around the world (Wikipedia), the Paramount's employee(s) used the same ones to entangle Paramount's Shareholders in a copyright lawsuit. Furthermore, there are millions of names around the world and Paramount's employee, for the supporting character used

the same name with the same etymology—*Light (Lucia-Link and Nora-Infinite)*. Again, this is more than laziness, it is an employee, producer, or employees sabotaging Paramount Pictures or Paramount's Shareholders.

The person or people who sabotaged Paramount set this to cause damage of at least one million dollars as the legal fees for Loeb&Loeb for the next 4 or 5 years. Notwithstanding, this lawsuit could become a scandal and taint the share prices of Paramount Pictures. The sabotage was two-folds, turning the *Infinite*-movie into the worst movie of 2021, and entangling Paramount in this lawsuit.

Dear Esquire Shields and Grossman, you are part of the painful sabotage against Paramount Pictures, because in the last three years I learned that lawyers don't like to work for free, that is the main reason why I am a *Pro-se* still. I am sure that just to read my conferral response between both of your legal hours is costing Paramount more than $1,000.00 which equals to two hundred *Paramount Plus* online subscriptions. You both are a conflict of interest for Paramount.

### JOHN NASH's GAME THEORY

Why are you in conflict of interest? When this lawsuit moves forward for the next four to five years, Loeb&Loeb will profit a lot more than Paramount Pictures recognizing its in-house sabotage and settling with me. Just like in Nash's Game Theory, the powers at be will seek the biggest gain. For now, Paramount is behaving like Nasreddin. Paramount already lost 29% in stock value this year alone without this lawsuit becoming public.

### "PARAMOUNT IS A MONSTER"

"Paramount is a monster." These are not my words; they are the words of famous comedian Dave Chappelle. However, then Paramount was still called

1  Viacom.  Interesting fact; corporations change their names to clean up their
2  corrupt image.  For instance; United Fruit Corp, devastated Central America
3  even worked with the CIA to change the government in Guatemala, today is
4  called Chiquita Banana.  Paramount was so bad to Dave Chappelle who begged
5  his own fans to boycott watching his own TV Series.  In entertainment industry
6  as a monster; Paramount is not alone.  Yet, corporations are great at their best
7  and monsters at their worst.  A few examples: Sony enslaved via contract
8  musician Prince, Disney enslaved Destiny Cyrus (today's Miley Cyrus) and
9  Tommy Dorsey Band via contract tried to enslave Frank Sinatra.

10  What makes corporations monsters is when they don't know the damage
11  that they are causing, like Enrique Iglesias did to me, and Viacom/Paramout did
12  to Chappelle.

13

## STABBED IN THE FRONT VERSUS BEING STABBED IN THE BACK

15  While Prince, Cyrus, Sinatra, and Chappelle were stabbed in the front
16  because they wanted to be famous, so they all signed egregious contracts;
17  however, Paramount Pictures stabbed me on my back by stealing my novel and
18  creating a distraction when claiming *Infinite-movie* was based on the deplorable
19  novel *The Reincartionist's Papers ("TRP"),* where the protagonist is a lowlife
20  arsonist.  *TRP's* plot is basically reading about a box of snakes interacting with
21  each other, I still loathe myself for having to read such sordid novel (in other to
22  understand Paramount's willful misdirection).

23  Dear Esquire Shields, here are your words in your conferral email:

24  *Substantial Similarity:  Additionally, the works are not substantially*
25  *similar because the idea of a good-vs.-evil reincarnation story, and*
26  *the elements which flow naturally from that premise, and not*
27  *protectable.  Here, the elements of the works that necessarily flow*
28  *from the concept of reincarnation are not protectable.  Outside of*
29  *these unprotectable concepts and elements, Infinite and The Link*
30  *share no substantial similarities of protectable expression.  The*
31  *works tell different stories, feature different characters, take place in*

*different settings, and do not share any protected expression in dialogue, theme, mood or pace.*

By the way, I'm not suing "an idea." Please respect my intelligence and the Judges' intelligence, ideas are not protectable, we all know that, that's "101-Business Law Course" in college.

Further, you are in contradiction, because <u>you are validating the willful Paramount's misdirection</u> which I already described in the Complaint. Here is why you are validating the intentional misdirection:

1) If *good-vs.-evil reincarnation story, and the elements which flow naturally from that premise, and not protectable;* then why did Paramount Pictures purchase the rights from *TRP* because *Infinite-movie* has much less in common with *TRP* than it has much more in common with my novel, *The Link?* It was a willful misdirection because by your own words, it was also not necessary to purchase the movie rights from *TRP*.

2) The characters are not different: 1)both leading protagonists had memory problems. 2)Both supporting characters were females, and 3) had the etymology name meaning "light." 4) Both supporting characters came to the aid of both leading characters when 5) they were being interrogated by 6)both genocidal villains who 7) sarcastically called the protagonist "my old friend," so, I am naming a few from memory now (((Which none of these similarities where ever found in common in the novel*TRP;* again, willful misdirection)))

Regarding "Access;" your paragraph describes the world without the internet; *Marcus Gray et al. v. Katy Perry et al. 2:15-cv-05642* argued "access" *ad nauseam* for 4 years. I do not need to repeat that wide dissemination was been nullified in the age of the internet, see *Gray* and the Complaint.

**THE DIFFERENCE OF PROCEDURAL JUSTICE AND DIVINE JUSTICE**

It is possible that you both may kick my ass on procedural justice. Furthermore, it has been my experience, that *Pro-Se* Litigants are an insult to

the Court. Recently, even the U.S. Supreme Court discontinued the appearance of *Pro-Se* Litigants (Isn't that discrimination?). Nonetheless, on procedural and Divine Justice; only social psychopaths live in peace with the fact that a win is more important than justice.

You both have been hired for a win, and not for justice. I want to describe to you what divine justice looks like.

In 2012, the U.S. government granted me the Home Affordable Refinance Program ("HARP"); so I could save my house in Las Vegas, Nevada.

1) I've made the three monthly payments required by HARP.

2) Bank of America cashed my three checks and said that I was approved.

3) Bank of America sold my loan to Credit Suisse.

4) Credit Suisse refused to honor the HARP and to began foreclose.

5) I sued, *Sandy v. Bank of America et al 14-cv-0110,* in Nevada federal court.

6) Credit Suisse counter-sued me in Nevada State District Court.

7) Judge Kathleen Delaney was condescending and always ruled against me.

8) The Nevada Supreme Court sealed my motion to disqualify Judge Delaney.

9) My house was sold in an auction to Mr. Kory Scheeler.

10) Scheeler started an action to evicted me for unlawful detainer and tried to have me arrested for false claims that I destroyed my own home.

There are more misdeeds, but I abbreviated; but here is divine justice versus procedural justice:

1) Credit Suisse went bankrupt in June of 2023.

https://en.wikipedia.org/wiki/Credit_Suisse

2) Judge Delaney was reprimanded by the Nevada Supreme Court for the same reasons my *Motion to Disqualify* was sealed. (BTW, I will unseal my motion to disqualify Delaney and show unjust cover up was Nevada)

https://judicial.nv.gov/uploadedFiles/judicialnvgov/content/Discipline/Dicisions/2022.12.21%20Certified%20Copy%20of%20Stipulation%20and%20Order%20of%20Consent%20to%20Public%20Reprimand%202021-025-P%20and%202022-026-P.pdf

3) Judge Delaney was the sole judge on foreclosures in Las Vegas then, later, Delaney's own home was burned down by squatters when she was remodeling it.

4) Kory Scheeler, who tried to have me arrested during an unlawful detainer action is in prison for swindling partners and purchasing my home in auction with stolen money.

https://www.reviewjournal.com/crime/henderson-police-say-real-estate-scheme-scammed-investor-of-millions-2558346/

5) Bank of America, invariably is going to collapse next, stay tuned.

https://www.msn.com/en-us/money/news/bank-of-america-could-collapse-in-2024-take-a-look/ar-AA1mSNuw

https://www.msn.com/en-us/money/companies/bank-of-america-customers-report-account-outages-some-seeing-balances-of-0/ar-AA1rBuy9

At its peak, Credit Suisse Market Cap was 88 billion dollars when it sued me in Nevada District Court. Bank of America's market cap is 310 billion, and recently Warren Buffett started to sell BofA's share like it is radioactive waste.

Paramount Pictures stock prices (PARA) peaked at $64.50 just before *Infinite-movie* was released; today's stock-quote is at $10.50. Keep in mind, Credit Suisse on its peak, was 9 times bigger than Paramount. Again, there is procedural justice and divine justice.

## CONCLUSION

I was delighted when Esquire Grossman contacted me via email regarding the Waiver of Service, and again delighted today, when your email confirmed that Esquire Grossman will be the attorney on record for this suit.

Why delighted? It is because I have read and studied every filing in *Irish Rover v. Aaron Sims et al,* and I also read the screenplay "Totem" and watched the three seasons of *Stranger Things*.

I found more similarities in *The Link v. Infinite,* than I read in screenplay *"Totem" v. "Stranger Things."* What are the odds that the Plaintiff giving up his own lawsuit, a few days before a public trial? Regarding *Irish Rover,* I am surprised that James Cameron also did not sue Netflix et al, for stealing scenes from *"Alien."*

I am confident that I will survive your *motion to dismiss,* because your points on access and wide dissemination have a precedent in *Gray v Hudson* and your arguments on similarities are in contradiction because "you" as Paramount purchased for the same un-protectable items in *TRP* as willful misdirection to steal *The Link.*

Please don't forget, Nasreddin's going for the easiest rather than the logical, Game Theory, the conflict of interest in pushing this forward, and the sabotaged by Paramount's own employees. Regarding divine justice, you don't have to remember, God will take care of it.

I am still willing and happy to entertain the same settlement offer I have originally made to bring this employees' "sabotage" to Paramount Pictures to a closure.

Sincerely,

Bayardo Sandy, Plaintiff Pro-Se

PS: I have numbered the lines and pages if Loeb&Loeb wishes to use this communication against me. Below a copy and past grab of your previous email.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Erin Shields

From:eshields@loeb.com
To:Bayardo Sandy,B. Sandy
Cc:David Grossman
 Mon, Oct 7 at 1:53 PM

Mr. Sandy,

Thank you for your email. I can confirm David Grossman and I will be the attorneys representing Paramount in this action.

We are also happy to meet and confer over email, since that appears to be easier for you given your location. To provide more detail regarding the grounds for Paramount's motion to dismiss:
- · <u>Access</u>: The complaint fails to plead a plausible theory of access. Federal courts have consistently held that mere availability of a work online is insufficient to plead a theory of access via widespread dissemination.  Here, the complaint fails to include any specific allegations regarding the number of copies of The Link sold or accessed, which would be required for a showing of widespread dissemination.  Additionally, the complaint fails to plead a plausible chain-of-events access theory, because the complaint fails to name any Paramount employees which you allege received copies of The Link during your time working on Cirque du Soleil: Worlds Away, or any connection between those purported employees and the production of Infinite.
    - o  As a factual matter, Paramount disputes that any copies of The Link could have been distributed to Paramount employees during the production of this film. Paramount only distributed -- and had no involvement in the production of -- Cirque du Soleil: Worlds Away.
- · <u>Substantial Similarity</u>:  Additionally, the works are not substantially similar because the idea of a good-vs.-evil reincarnation story, and the

elements which flow naturally from that premise, and not protectable. Here, the elements of the works that necessarily flow from the concept of reincarnation are not protectable. Outside of these unprotectable concepts and elements, Infinite and The Link share no substantial similarities of protectable expression. The works tell different stories, feature different characters, take place in different settings, and do not share any protected expression in dialogue, theme, mood or pace.

Please let me know if you have any questions. We look forward to your response.

Best,
Erin

| | |
|---|---|
| **From:** | Bayardo Sandy |
| **To:** | David Grossman; Erin Shields; Bayardo_gmail Sandy |
| **Subject:** | The horse is dead; thanks for your conferral, my offer to settle are still open (see the end) |
| **Date:** | Monday, December 23, 2024 6:39:22 PM |

**CAUTION: EXTERNAL EMAIL**



Hello Esquire Grossman and Shields,

In your 12/23/2024 email you start with the words *"Your email is not coherent;"* it is then axiomatic that I cannot promise that I would have any more cohesion over the phone. Funny thing is that according to your response, it appears that I had enough cohesion for you to understand my email in its entirety. Nonetheless, your words, *"Your email is not coherent"* it could be construed as a dogwhistle or a racist remark knowing that English is my fifth language. Was it?

On Friday, and in my previous email, I cited in its entirety the Local Rule 7-3.

Which does not obligate parties to confer exclusively via phone calls. In your 12/23/2024 email, you again make <u>another false remark</u>, you wrote: *"which is the way for parties to "thoroughly discuss" a proposed motion if they are unable to do so in person."* Again, another false remark, because Local Rule 7-3 does not say that, nor does it imply that *"thoroughly discuss"* or discuss thoroughly may only be done over the phone.

Because of your false representation on 10/21/2024 and providing me a plethora of legal advice then; further, our last two audio conversations, you were very rude to me. I am then under no obligation to submit myself again to more of your rudeness. Your behavior in our last two audio conversations, reminded me of another etymologically named character. A character played by (Paramount's proud-

son) Tom Cruise, as an unethical and villainous film producer in the movie *Tropic Thunder,* the producer's etymological name for his rudeness—*Les Grossman.*

Because you do not agree with the recording of the phone call, I shall have no legal evidence to show any new threats or new misrepresentation to the Court. Consequently, we have an impasse, and Rule L.R. 7-3 also does not obligate that phone calls may not be recorded, nor again, that *"thoroughly discuss"* on the motion may only be done over the phone.

Nonetheless, I think we are doing fine on the post trial motions conferral, and no further conferral shall be necessary on your approval or objection on my *Motion for Reconsidering* Orders 34 and 35.

Your words on 12/20/2024 were: *"this is a*

*copyright infringement action and there are no grounds for reconsidering the Court's holding."*

There is no need to repeat yourself; given your cited remark on 12/20/2024, I shall inform the Court that you oppose my post-trial motion(s).  Nonetheless, you repeated yourself on 12/23/2024 because you wrote: *"I have explained that there is no basis for you to seek reconsideration of Judge Klausner's order, nor is it proper to move for a "new trial."* So, firstly, I am not your client; you must <u>explain</u> whether there is a basis for a motion to your client or to the Court, <u>not to me.</u> Your explanations to me are biased and inherently a conflict of interest because you are not my lawyer.  Secondly, the merits of which motion is improper or "*proper to move,*" again you must inform your client not the unrepresented party on the docket, which I am.

So, there is no point in continuing to beat up this dead horse; we have conferred, and you oppose my post-trial motions.

On another matter that you initiated regarding attorney's fees, which I don't think it will require my presence. Then, there is no need for me to continue in Los Angeles, unless the Lower Court reverses the Orders #34/35 which I very much doubt, given the plethora of bias, oversights, lack of diligence, and misdirection. In fact, it sounds like you typed it; did you?

So, I am returning home to Colorado because the appeals, and attorneys' fee hearings do not require my presence in the capital of overpriced rental and as well the capital of homelessness in the U.S.

As a gesture of compromise, ongoing conferral, and good faith, I could share the draft of the Motion to Reconsider 72 hours before my filing deadline; <u>that is only if Paramount is still considering my two settlement offers;</u> otherwise, there is no point in creating more billable hours for Paramount; which I cannot afford to pay anyway.

I'll give you a taste of the 72 hours preview on the incompetence or lack of diligence in the Orders; the Court never granted Paramount's Motion to Dismiss; instead it granted ECF-No. 13 which it cannot be granted because it was stricken from the docket.  There is a lot more, but this was, like I said, a taste.

If you have difficulty understanding this

email, I am wasting my money on grammarly.com

Sincerely,

Bayardo Sandy *Plaintiff Pro Se.*

PS: Please, no more legal advice; I have a plethora of legal advice from you on the record, to report to the California Bar. Therefore; keep it simple: you agree or you disagree or you have an genereous offer to discuss.