# EXHIBIT-02



May 13, 2024
**Delinquent Account Courtesy Notice** (*as required per Colorado Statute*)

Bayardo Sandy
Praca Sagrados Coracoes, 115
Brazopolis, MG  CEP: 37530–000
Unit:     609 Grants

Dear Bayardo Sandy:

Per Colorado law, the Association is required to notify all Members whose accounts are past due, via the USPS. As of the date of this notice the total amount due for Lot **609**, account **1003324101**, is **$$91,918.18**, including past due assessments, fees, and interest. This amount may include other charges, as approved by the Association's governing documents.

**PLEASE NOTE, action is required** to cure this delinquency.

The Association is required to inform you of the following:  Failure to cure the delinquency **within thirty (30) days** of this notice may result in your account being referred to an attorney or collection agency, the filing and foreclosure of a lien against the respective property, a lawsuit being filed against you, or other remedies available under Colorado law. Before the Association may take legal action against you, a majority of the members of the Board of Directors must vote to refer your account to an attorney or collection agency. To the extent there are any pending or outstanding violations of the governing documents other than non-payment of assessments as set forth in this Notice, you may be entitled to certain cure rights as more particularly described in the Association's covenant and rule enforcement policy and C.R.S. 38-33.3-209.5(1.7)(b).

Unpaid assessments may lead to foreclosure of property. The Board of Directors must authorize any foreclosure action by a formal, recorded vote. Before commencing foreclosure, you will be provided a written offer to enter into a repayment plan for up to eighteen (18) months. Under this plan, you may choose the amount to be paid each month (no less than $25 per month) in addition to regular assessments, additional assessments, and/or charges as they become due, and you may elect to the pay the remaining balance at any time during the repayment plan.

If your account is referred to the Association's attorney, the Association may elect to file a personal lawsuit for failure to pay or foreclose its lien against the Property for unpaid assessments. The Association or you may utilize small claims court where the amount does not exceed $7,500, including disputes arising from assessments, fines, or fees owed to the Association, matters pursuant to C.R.S. 13-6-403, or as otherwise permitted by Colorado law. Additionally, the small claims court may issue an order for injunctive relief (to cease to or perform an action) to enforce a restrictive covenant.

Payments may be submitted via the following methods:

- Online:
  - https://bacagrande.org
  - Click the "Payments" box on the top right (e-check, credit & debit cards are accepted, fees apply to cards).
- Mail:
  - Baca Grande Property Owners Association  PO Box 237  Crestone, CO 81131
- In-person:
  - Member Services Office - 68575 County Rd T  Crestone, CO 81131

If you feel the included account ledger may be in error, please reach out to us please reach out to us within thirty (30) days of this notice at 719-256-4171 or info@bacapoa.org. We'll be happy to review it with you. Thank you for your attention to this matter and your assessment participation.

Sincerely,
The Baca Grande Property Owners Association

**P.O. Box 237  •  68575 County Road T  •  Crestone, CO 81131  •  719.256.4171  •  bacapoa.org**